AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Floyd, Henry F. | U.S. Court of Appeals for the Fourth Circuit | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

201 Magnolia Street
Spartanburg, SC 29306

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1992 | S.C. Judges and Solicitors Retirement System, retirement fund payable upon retirement at age 55 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Judges & Solicitors Retirement System - retirement | $117,812.52 |
| 2. 2019 | Wofford College, Teaching income | $5,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Charleston School of Law | 03/29/2019 - 3/31/2019 | Charleston, South Carolina | Judge Moot Court finals | Travel, food, lodging |
| 2. | S.C. Association for Justice | 8/1/2019 - 8/3/2019 | Hilton Head, S.C. | Annual convention | Food, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Southern Company common stock | A | Dividend | K | T | | | | | |
| 2. | South State Bank account (formerly SCBT) | A | Interest | M | T | | | | | |
| 3. | New York Life - Variable Universal Life Policy (H) | | | | | | | | | |
| 4. | -MainStay VP Capital Appreciation | B | Dividend | K | T | | | | | |
| 5. | -MainStay VP High Yield Corp. Bond | B | Dividend | K | T | | | | | |
| 6. | SunTrust Bank Accounts | A | Interest | M | T | | | | | |
| 7. | Pickens County, SC inherited/gifted real estate | | None | P1 | S | Sold (part) | 08/23/19 | L | F | See Part VIII |
| 8. | First Citizens Bank account | A | Interest | J | T | | | | | |
| 9. | AMERIPRISE BROKERAGE NQ (H) | | | | | | | | | |
| 10. | -COLUMBIA BALANCED CL C | A | Dividend | | | Sold | 04/03/19 | J | A | |
| 11. | -AMERIPRISE INSURED MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 12. | AMERIPRISE IRA #3 (H) | | | | | | | | | |
| 13. | -Investrust REIT RENAME Investment REIT Highlands | A | Dividend | J | T | | | | | |
| 14. | -Investment REIT INVESTRUST (X) | A | Dividend | J | T | | | | | |
| 15. | -AMERIPRISE INSURED MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 16. | Ameriprise IRA Brokerage ADP (H) | | | | | | | | | |
| 17. | -DELAWARE U S GROWTH INSTL CL | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ISHARES MSCI EAFE VALUE ETF | A | Dividend | | | Sold | 01/01/19 | J | A | |
| 19. -MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z | A | Dividend | J | T | | | | | |
| 20. - ACTIVE PORTFOLIO MULTI MANAGER TOTAL RETURN BOND CL A RECLASS Z | A | Dividend | J | T | Sold (part) | 01/01/19 | J | A | |
| 21. - WELLS FARGO EMERGING MARKETS EQUITY INSTL CL | A | Dividend | J | T | Sold (part) | 11/14/19 | J | A | |
| 22. -Active Portfolio Multi Manager Growth Mutual Fund CL A RECLASS Z | A | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 23. -Active Portfolio Multi Manager Small Cap Eq Mutual Fnd CL RECLASS Z | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 24. -Active Multi Manager Total Return Bond Mutual fund CL A RECLASS Z | A | Dividend | | | Sold | 01/01/19 | J | A | |
| 25. -Active Portfolio Multi Manager Value Mutual fund CL A RECLASS Z | A | Dividend | J | T | Sold (part) | 11/14/19 | J | A | |
| 26. -MFS Intl Value Mutual Fund CL A RECLASS I | A | Dividend | J | T | | | | | |
| 27. -Active Portfolio Multi --Mgr directional Alt Mutual Fund A | A | Dividend | | | Sold | 01/01/19 | J | A | |
| 28. - DREYFUS GOVT CASH MGMT FDS INSTL SHS 289 | A | Int./Div. | J | T | | | | | |
| 29. - ISHARES CORE MSCI EMERGING MARKETS ETF | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 30. - ISHARES MSCI EAFE VALUE ETF | A | Dividend | | | Sold | 01/01/19 | J | A | |
| 31. - MULTI MANAGER GROWTH STRATEGIES CL Z | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 32. - MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 33. - MULTI MANAGER VALUE STRATEGIES CL Z | A | Dividend | J | T | Buy | 02/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. -PRUDENTIAL JENNISON MID CAP GROWTH CL Z | A | Dividend | | | Sold | 11/14/19 | J | | |
| 35. - WELLS FARGO SPECIAL MID CAP VALUE INSTL CL | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 36. -MFS VALUE CL I | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 37. -MFS VALUE INTL CL I | A | Dividend | J | T | Buy (add'l) | 11/14/19 | J | | |
| 38. -MFS MID CAP GROWTH CL I | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 39. - BLACKROCK STRAT INCOME CL I | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 40. - MULTI MANAGER SMALL CAP EQUITY STRATEGIES CL Z | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 41. - MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 42. Ameriprise INHERITED IRA Brokerage ADP #2 (H) | | | | | | | | | |
| 43. -Dreyfus Money Market | A | Int./Div. | J | T | Redeemed (part) | 04/22/19 | J | A | |
| 44. -Blackrock High Yield Bond Investor Mutual Fund A RECLASS I | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 45. AMERICAN CENTURY MID CAP VALUE INVESTOR CL | A | Dividend | | | Sold | 01/01/19 | J | A | |
| 46. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL | A | Dividend | J | T | | | | | |
| 47. - DELAWARE U S GROWTH INSTL CL RECLASS I | A | Dividend | J | T | Sold (part) | 04/17/19 | J | A | |
| 48. - ISHARES CORE MSCI EMERGING MARKETS ETF | A | Dividend | J | T | Sold (part) | 04/17/19 | J | A | |
| 49. - ISHARES MSCI EAFE VALUE ETF | | | | | Sold | 05/16/19 | J | A | |
| 50. MFS INTL VALUE CL I | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. MFS VALUE CL I | A | Dividend | J | T | Buy (add'l) | 05/16/19 | J | | |
| 52. - MULTI MANAGER GROWTH STRATEGIES CL Z | A | Dividend | J | T | Buy (add'l) | 05/16/19 | J | | |
| 53. - MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL | A | Dividend | J | T | Buy (add'l) | 05/16/19 | J | | |
| 54. - MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL RECLASS Z | A | Dividend | J | T | Sold (part) | 04/18/19 | J | A | |
| 55. MULTI MANAGER SMALL CAP EQUITY STRATEGIES CL Z | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 56. - MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z | A | Dividend | J | T | Buy (add'l) | 11/14/19 | J | | |
| 57. - MULTI MANAGER VALUE STRATEGIES CL Z | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 58. OPPENHEIMER INTL GROWTH CL Y | A | Dividend | | | Sold | 01/01/19 | J | A | |
| 59. - PRUDENTIAL JENNISON MID CAP GROWTH CL Z | A | Dividend | | | Sold | 11/14/19 | J | A | |
| 60. WELLS FARGO EMERGING MARKETS EQUITY INSTL CL | A | Dividend | J | T | | | | | |
| 61. WELLS FARGO SPECIAL MID CAP VALUE INSTL CL RECLASS I | A | Dividend | J | T | Sold (part) | 04/17/19 | J | | |
| 62. -MFS MID CAP GROWTH CLASS I | A | Dividend | J | T | Buy | 11/14/19 | J | | |
| 63. Ameriprise SPS (H) | | | | | | | | | |
| 64. - AMERIPRISE INSURED MONEY MARKET NOT SIPC INSURED | A | Int./Div. | J | T | | | | | |
| 65. - NUVEEN INTERM DURATION MUN BOND CL I | A | Dividend | K | T | Buy (add'l) | 04/09/19 | J | | |
| 66. - JOHN HANCOCK INTL GROWTH CL I | A | Dividend | K | T | Buy (add'l) | 04/09/19 | J | | |
| 67. - COLUMBIA OVERSEAS VALUE INSTL CL | A | Dividend | K | T | Buy (add'l) | 04/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - BLACKROCK STRATEGIC MUN OPPTYS INSTL CL | A | Dividend | K | T | Buy (add'l) | 04/09/19 | J | | |
| 69. - SECTOR FINANCIAL SELECT SECTOR SPDR ETF | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 70. - SECTOR HEALTHCARE SELECT SECTOR SPDR ETF | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 71. - ISHARES RUSSELL 3000 ETF | A | Dividend | K | T | Buy (add'l) | 04/09/19 | J | | |
| 72. - ISHARES TECHNOLOGY ETF | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 73. Midland National Executive Universal Life 2A | A | Int./Div. | J | T | | | | | See Part VIII |
| 74. UCB cash accounts | A | Interest | M | T | Open | 02/28/19 | M | | |
| 75. South State Bank Investment Acct (X) (H) | | | | | | | | | |
| 76. -Cash account | A | Interest | J | T | | | | | |
| 77. Dominion Energy Inc. | C | Dividend | M | T | | | | | |
| 78. DUK | A | Dividend | J | T | | | | | |
| 79. SSB | A | Dividend | K | T | | | | | |
| 80. TFC | C | Dividend | M | T | | | | | |
| 81. WFC | A | Dividend | J | T | | | | | |
| 82. MITTX | A | Dividend | L | T | | | | | |
| 83. MFSCX | A | Dividend | J | T | | | | | |
| 84. Bank of America Corp. internote | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Floyd, Henry F.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | | | | | |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 3 --- Filer requested investment information from insurance company. I was advised that there is no investment option for policy holder. The interest earned on the premiums is paid by Midland National.

Part VII, Line 8 --- Assessed value $1,500,000.00. Following the death of ⬚⬚⬚⬚⬚⬚⬚ the interest is one-third of total value shown.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry F. Floyd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544